# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

0 5 - 5 0 4

**TO:**  *Anthony Zuppo*    SBI#: *283480*

**FROM:**  Stacy Shane, Support Services Secretary

**RE:**  **6 Months Account Statement**

**DATE:**  *June 15, 2005*

FILED

JUL 1 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of
*December, 2004* to *May 31, 2005*.

*The following indicates the average daily balances.*

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| Dec | 10.97 |
| Jan | 14.41 |
| Feb | .17 |
| march | 0 |
| april | 20.87 |
| may | .07 |
| **Average daily balances/6 months:** | 7.80 |

Attachments
CC:  File

*Stacy Shane*
6/15/05

*Brian D. Engram*
Notary 6-15-05