☐ **ORIGINAL**

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Delaware |
|---|---|
| Name (under which you were convicted): ANTHONY ZUPPO | Docket or Case No: 05-504 |
| Place of Confinement: D.C.C. Smyrna, DE 19977 | Prisoner No.: 283480 |

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

ANTHONY ZUPPO    v.    WARDEN, THOMAS CARROLL

The Attorney General of the State of Delaware

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: ____
   Superior Court of Delaware, Wilmington, DE 19801

   (b) Criminal docket or case number (if you know): 0101004412

2. (a) Date of the judgment of conviction (if you know): Feburary, 4th 2002
   (b) Date of sentencing: April, 11th 2002

3. Length of sentence: 20yrs, 5mths.

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: ____
   [see attached sentencing order]

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒       (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐           (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ____

FILED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

R∧MAIL/IFP

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒    Judge only ☐

7. Did you testify at a pretrial hearing, <u>trial</u>, or a post-trial hearing?

Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?

Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court: __Supreme Court__

(b) Docket or case number (if you know): __208-2002__

(c) Result: __Affirmed__

(d) Date of result (if you know): __October, 4th 2002__

(e) Citation to the case (if you know): __ZUPPO v. STATE, 847 A.2d 505.__

(f) Grounds raised: __The trial Court's denial of the defendant's request to proceed Pro-se violated the defendant's sixth Amendment right to represent himself.__

(g) Did you seek further review by a higher state court?    Yes ☐    No ☒

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If yes, answer the following:

(1) Docket or case number (if you know): _____

Page 4

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

   Yes ■  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: __Superior Court of Wilmington__

   (2) Docket or case number (if you know): __0101004412__

   (3) Date of filing (if you know): __September, 26th 2003__

   (4) Nature of the proceeding: __Rule 61, Post-Conviction Relief__

   (5) Grounds raised: __*Ineffective Assistance of Counsel*__

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐   No ■

   (7) Result: _____

   (8) Date of result (if you know): _____

   (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised: _____

   _____
   _____
   _____

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ❏   No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ❏   No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:   Yes ☒   No ❏

    (2) Second petition:   Yes ❏   No ❏

    (3) Third petition:   Yes ❏   No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: <u>Trial courts denial of the defendants request to proceed Pro-se violated the defendants Sixth Amendment right to represent himself.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
<u>            [see attached Brief & Appendix]            </u>
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____
_____
_____

(c) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☒   No ☐
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
   _____

(d) Post-Conviction Proceedings:
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?         Yes ☐   No ☒
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____
   _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ■

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐  No ■

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __The direct appeal was affirmed by the highest state court, and the petitioner had other issues to present in order not to have a 2nd successive Habeas Corpus.__

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

GROUND TWO: __Ineffective Assistance of Counsel__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__Public defender, James Bavard Jr, violated the petitioner's 4th, 5th, 6th, 8th, and 14th Amendment rights. The petitioner's Constitutional rights were maliciously violated by the public defender as well as the state!!!!!!!__

[see Post-Conviction, Opening Brief, and Exhibits for supporting facts.]

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____
_____

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: The Public Defender this issue is against filed the direct appeal. Ineffective Assistance of Counsel can't be raised on direct appeal.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief "Rule 61"

Name and location of the court where the motion or petition was filed: Superior Court of Delaware, Wilmington, DE 19801

Docket or case number (if you know): 0101004412

Date of the court's decision: February, 28th 2005

Result (attach a copy of the court's opinion or order, if available): Denied [decision is attached]

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion or petition?

Yes ☒   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Delaware, Dover, DE 19901

Docket or case number (if you know): __87-2005__

Date of the court's decision: __July 11, 2005__

Result (attach a copy of the court's opinion or order, if available): __AFFIRMED__
__[see attached Order]__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

GROUND THREE: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) Direct Appeal of Ground Three:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ❏ No ❏
  (2) If you did not raise this issue in your direct appeal, explain why: _____

Page 10

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ❏    No ❏

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ❏    No ❏

(4) Did you appeal from the denial of your motion or petition?

   Yes ❏    No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏    No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____
_____

(c) Direct Appeal of Ground Four:

  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ❑   No ❑
  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
  _____

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?     Yes ❑   No ❑
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____
  _____
  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____
  _____

  (3) Did you receive a hearing on your motion or petition?
    Yes ❑   No ❑
  (4) Did you appeal from the denial of your motion or petition?
    Yes ❑   No ❑

Page 12

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ■   No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ■

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☐    No ■
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____
_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: <u>There was not a preliminary hearing for any of the charges that accured before August, 1st 2001.</u>
    (b) At arraignment and plea: <u>Arlene Mecler esq. Wilm. DE, then it was public defender James Bayard Jr. in Wilmington.</u>
    (c) At trial: <u>James Bayard Jr. public defender</u>

    (d) At sentencing: <u>James Bayard Jr. public defender</u>

    (e) On appeal: <u>James Bayard Jr. did the direct appeal.</u>

    (f) In any post-conviction proceeding: <u>Pro-se</u>

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____
    Pro-se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ■

Page 14

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* My conviction was over a year ago from this date. The statue of limitations was tolled by the Rule 61 in the state court on September 26, 2003, and denied on February 28, 2005, then was also tolled by the Supreme Court which is before the One year deadline given in 28 U.S.C. § 2244(d)

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: <u>Petitioner asks this Honorable Court to dismiss all charges, and to be released from custody, or to have conviction remanded and held over for new trial.</u>
or any other relief to which petitioner may be entitled.

*[signature]* Pro-se

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on <u>July 15 2005</u> (date).

*[signature]*

Signature of Petitioner

---

*(...continued)
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

United States District Court
Of Delaware
Clerk of Court
Lockbox 18
844 King Street
Wilmington, DE 19801


