UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
DELAWARE

```
ANTHONY ZUPPO,            )
     Petitioner,          )
                          )
                          )
                          )
v.                        )         Case No.    05 - 504
                          )
                          )
                          )
WARDEN THOMAS CARROLL,    )
     Respondent.          )
                          )
```

FILED JUL 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### RESPONSE TO SUPREME COURT'S DECISION

IN RESPONSE to the Supreme Court's decision(attached) of Zuppo's appeal to the Supreme Court. Both the Supreme and Superior Courts state the wrong dates of the Superior Court's decision. On the Superior Courts decision of Zuppo's Post-Conviction Relief, it states that it was submitted on October 6, 2004, and decided on January 31, 2004. How in the world can the Courts decide on Zuppo's Post-Conviction Relief 9 months before they recieved it?. On the Order, it clearly shows the date as February 28, 2005. (see attached decision, A-77 thru A-79)

The Supreme Court argues that Zuppo's Counsel was "Professionally reasonable". The Supreme Court shows NO Professionalism in their Order so how can they determine the Professionalism of another?.

In their Order, the Supreme Court states in paragraph (1) that, Zuppo filed an appeal "from the Superior Court's January 31, 2004 Order denying his Motion". The date was wrong, it should have shown, February 28, 2005, for the decided date. The Supreme Court states that they " Carefully reviewed Zuppo's arguments", along with the record and the trial transcripts. That is not the truth and if they really did then the District Court of the United States must question WHY they didn't notice the wrong dates or WHY the Supreme Court did not respond to all

of Zuppo's arguments.

Please take notice of the lack of reason for the Order by the Supreme Court. Zuppo has 17 arguments that are supported by over 43 grounds and the Court does not answer ANY of them they only list a few, the Supreme Court does not answer ANY!!!

The whole legal process in Delaware is so frustrating, misleading, and unfair, Zuppo respectfully Apologizes for any, and all harsh words in this response and others. Zuppo prays that the District Court of the United States can see how unfair, and unprofessional the Supreme and Superior Courts of Delaware have been throughout Zuppo's entire legal process.

date; July 15, 2005

ANTHONY ZUPPO Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE 19977