UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
DELAWARE

ANTHONY ZUPPO,                )
    Petitioner,           )
                         )
                         )
v.                            )      Case No.
                         )
WARDEN THOMAS CARROLL,         )
    Respondent.           )

[U.S. DISTRICT COURT / DISTRICT OF DELAWARE stamp]

---

OPENING BRIEF, POSTCONVICTION RELIEF, AND EXHIBITS FOR
GROUND TWO OF PETITIONER'S HABEAS CORPUS

---

[signature]

ANTHONY ZUPPO, Pro-se
Delaware Correction Center
1181 Paddock rd.
Smyrna, DE 19977

Petitioner

Dated: July 15 2005