IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY ZUPPO<br>　　Defendant-below,<br>　　　　Appellant,<br><br>v.<br><br>State of Delaware<br>　　Plaintiff-below,<br>　　　　Appellee. | ) ) ) ) ) ) ) ) ) ) ) | No. 87, 2005<br><br>05 - 504 |

FILED JUL 18 2005 — U.S. DISTRICT COURT DISTRICT OF DELAWARE

### NOTICE OF ADDENDUM

PLEASE TAKE NOTICE of the ADDENDUM to Argument Twelve attached at the end of the Appellant's Opening Brief, and Exhibits to the Addendum.

Dated: March 27th, 2005

ANTHONY ZUPPO, Pro-se
Delaware Correction Center
1181 Paddock rd.
Smyrna, DE 19977
Appellant