Dear Clerk,

05-504 (SLR)

    I mailed my Habeas Corpus to you on July 15, 2005. I am asking for a copy of my Docket Sheet for my records. I enclosed a copy of my Habeas Corpus labeled "Copy" to be Time and dated and sent back to me and I haven't recieved it yet? I really need that copy back for my record.
    Thank you for your time.

Please reply!

Respectfully,

*Anthony Zuppo*

Anthony Zuppo Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE 19977

Date: July 27, 2005

FILED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





U.S. District Court of DE.
☆ Clerk of Court ☆
Lockbox 18
Boggs Federal Building
844 King Streete
Wilmington DE 19801

I/M Anthony Zypp
SBI# 283480  UNIT 3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S X-RAY