Mr. Dalleo,                      Aug 2, 05

    I'm writing to thankyou for the copy of my Docket Sheet. I'm also writing to you about my Habeas petition. I mailed 3 complete copys of my Habeas proceedings. I also included a 4th copy of just my Habeas Corpus petition which is 23 pages and was make "Copy" at the Top Left corner in highlighter. I asked to have it Time and dated, but I don't need it time and dated, I have it in the Docket Sheet. I hope you could send back that copy to me, I don't have the money to pay the $11.50 for you to copy it for me so can you send back the Petition marked copy, for my records.

    Thankyou for your time,

C. No. 1:05-cv-504 (SLR)

Respectfully,

*Anthony Zoppo*

Anthony Zoppo Pro-se
D.C.C. #283480

FILED
AUG 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





I/M Anthony Zuppo
SBI# 283480  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

"U.S.M.S.
X-RAY"
"Att: Peter T. DaLLeo"