OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

_COPY_

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 17, 2005

TO: Anthony Zuppo
SBI #283480
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

RE: Receipt of Documents/Papers, CA 05-504 SLR

Dear Mr. Zuppo:

    Your letter dated 8/2/05 was received by this office on 8/5/05 and was docketed (D.I. #8) in the above civil action.

    Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court and therefore your copy of the petition was not mailed back to you at the time your petition was received. This is also the reason that you were informed of the cost for a copy of D.I. #2 in our letter (D.I. 7) dated 8/1/05.

    Your copy of the petition, along with a copy of the updated docket sheet in subject case are enclosed. In the future, **no further** acknowledgments of receipt or clocked in copies will be forwarded to you unless a **self-addressed stamped envelope is provided** along with an extra copy of your document to be stamped and returned to you.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson, CA 05-504 SLR

COPY

Mr. Dalleo,                                    Aug 2, 05

    I'm writing to thankyou for the copy of my Docket Sheet. I'm also writing to you about my Habeas petition. I mailed 3 complete copys of my Habeas proceedings. I also included a 4th copy of just my Habeas Corpus petition which is 23 pages and was make "Copy" at the Top Left corner in highlighter. I asked to have it time and dated, but I don't need it time and dated, I have it in the Docket Sheet. I hope you could send back that copy to me, I don't have the money to pay the $11.50 for you to copy it for me so can you send back the Petition marked copy, for my records.
    Thankyou for your time,

C. No. 1:05-cv-504 (SLR)

Respectfully,

*Anthony Zoppo*

Anthony Zoppo   Pro-se
D.C.C. #283480

FILED
AUG  4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned




Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Delaware |
|---|---|
| Name (under which you were convicted): ANTHONY ZUPPO | Docket or Case No.: |
| Place of Confinement: D.C.C. Smyrna, DE 19977 | Prisoner No.: 283480 |

Petitioner (include the name under which you were convicted)   Respondent (authorized person having custody of petitioner)

ANTHONY ZUPPO   v.   WARDEN, THOMAS CARROLL

The Attorney General of the State of Delaware

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Superior Court of Delaware, Wilmington, DE 19801

   (b) Criminal docket or case number (if you know): 0101004412

2. (a) Date of the judgment of conviction (if you know): Feburary, 4th 2002

   (b) Date of sentencing: April, 11th 2002

3. Length of sentence: 20yrs, 5mths.

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case:
   [see attached sentencing order]

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐   (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

FILED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

HABEAS

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00504-SLR
### Internal Use Only

Zuppo v. Carroll et al
Assigned to: Honorable Sue L. Robinson
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/18/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

Anthony Zuppo

represented by Anthony Zuppo
SBI #283480
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
PRO SE

V.

**Respondent**

Warden Thomas Carroll

**Respondent**

Attorney General of the State of Delaware

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Anthony Zuppo. (Attachments: # 1 Financial Statement)(mwm, ) (Entered: 07/20/2005) |
| 07/18/2005 | 2 | PETITION for Writ of Habeas Corpus - filed by Anthony Zuppo. (Attachments: # 1 Reponse to Supreme Court's decision# 2 Supreme Court decision)(mwm, ) (Entered: 07/20/2005) |
| 07/18/2005 | 3 | Opening Brief for Ground One in Support re 2 Petition for Writ of Habeas Corpus filed by Anthony Zuppo. (mwm, ) (Entered: 07/20/2005) |
| 07/18/2005 | 4 | APPENDIX for Ground One re 3 MEMORANDUM in Support by Anthony Zuppo. (mwm, ) (Entered: 07/20/2005) |
| 07/18/2005 | 5 | Opening Brief, Postconviction Relief, and Exhibits for Ground two in Support re 2 Petition for Writ of Habeas Corpus filed by Anthony Zuppo. |