05cv504 (SLR)



