IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ANTHONY ZUPPO**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-504-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Anthony Zuppo, has applied for federal habeas relief, challenging his February 2002 conviction in Delaware Superior Court for second degree rape, second degree assault, first degree unlawful imprisonment, attempted second degree rape, third degree assault, five counts of non-compliance with bond, harassment, offensive touching, and three counts of aggravated act of intimidation. D.I. 2, 4. By the terms of the Court's order, the answer is due to be filed on October 21, 2005.

2. Counsel for respondents filed an answering brief on Monday in the Delaware Supreme Court, and plans to file an answer to a federal habeas petition later this week in another case. In addition, the undersigned has been and continues to be working on other cases before this Court and the state courts. Counsel has also been involved in assisting prosecutors with pre-trial issues in a pending first degree murder case. Further, many of the appeals division resources are

currently allocated to litigation involving an execution scheduled for November 4. Although an additional deputy has joined the division to assist with the extensive workload, counsel is also spending time training the new attorney. Counsel, faced with a mounting workload, is attempting to prioritize older cases. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

     3.     Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).

     4.     This is respondents' first request for an extension of time in this case.

     5.     Respondents submit that an extension of time to and including November 22, 2005 in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: October 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2005, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on October 19, 2005, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Anthony Zuppo
SBI No. 283480
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us