IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ANTHONY ZUPPO**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-504-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General of the State of | : | |
| Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

    1.  Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

        a.  Appellant's Opening Brief & Appendix  (No. 208, 2002)

        b.  State's Answering Brief & Appendix (No. 208, 2002)

        c.  Appellant's Reply Brief (No. 208, 2002)

        d.  Opinion (October 4, 2002)

        e.  Petition for a writ of mandamus (No. 65, 2005)

        f.  State's Answer & Motion to Dismiss (No. 65, 2005)

        g.  Order (March 14, 2005)

        h.  Appellant's Opening Brief & Appendix (No. 87, 2005)

        i.  State's Answering Brief (No. 87, 2005)

        j.  Appellant's reply Brief (No. 87, 2005)

        k.  Order (July 11, 2005) (No. 87, 2005).

  2. Notice is also hereby given that the certified copies of the following Delaware Superior Court documents in this case have been manually filed with the Court and are available in paper form only:

   a. Superior Court Criminal Docket in ID. No. 0101004412

   b. Order (February 28, 2005), including Commissioner's Report and Recommendations.

         /s/ Elizabeth R. McFarlan
         Deputy Attorney General
         Department of Justice
         820 N. French Street
         Wilmington, DE 19801
         (302) 577-8500
         Del. Bar. ID No. 3759
         elizabeth.mcfarlan@state.de.us

November 17, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 17, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on November 17, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Anthony Zuppo
    SBI No. 283480
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us