Dear Clerk of the Court,

    I am writing to you to make sure that a addendum, and reply brief that I mailed to you in November, 2005 was filed with the Court. If you would send me a copy of my Docket sheet to show that they were filed or let me know that they were, that would be greatly appreciated and I thank-you Very much for your time!.

Date: January 11, 2006

ANTHONY ZUPPO Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE 19977

case # 05-504-SLR


FILED
JAN 1 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FROM: Anthony Zoppo
SBI# 283480   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE.
19801 - 3570