Clerk of the Court,                             May 9th 2006

    Would you please send me a copy of my Docket Sheet showing that my enclosed Motion was filed. There has been trouble in here dealing with our mail being mailed?!.. I need to know you received this Motion.
    Thank you for your time!

                                      Sincerly,
                                      *Anthony Zuppo*

FILED
MAY 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

                              Anthony Zuppo
                              D.C.C. #283480
                              1181 Paddock rd.
                              Smyrna, DE 19977

IM Anthony Zeppo
SBI# 283480  UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 MAY 2006 PM 1 L

U.S

United States District Court
Office of the Clerk
844 King Street
Lockbox 18
Wilmington, DE. 19801