IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Anthony Zoppo, )
   Petitioner, )
)
v. ) C.A. NO. 05-504 SLR
)
)
Warden Thomas Carroll, )
Attorney General of the )
State of Delaware, )
   Respondent. )
)

## NOTICE OF MOTION

PLEASE TAKE NOTICE, of the Motion for Appointment of Counsel to allow the Petitioner to be on equal ground with the State, and to prevent another Miscarage of Justice to be performed against the Petitioner once again.

Dated: ~~April 24, 2006~~
May 9, 2006

Anthony Zoppo
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner, PRO-se.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Anthony Zuppo, )
   Petitioner, )
)
)   C.A. No. 05-504 SLR
V. )
)
Warden Thomas Carroll, )
Attorney General of the )
State of Delaware, )
   Respondent. )

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the Petitioner, Anthony Zuppo, Pro-Se and moves this Honorable Court for Appointment of Court Appointed Attorney, to represent Petitioner.

In support of this Motion Petitioner states that the following is true and correct, to the best of his knowledge and belief:

1. Petitioner is incarcerated.
2. Petitioner is unskilled in the Law.
3. The administration at the Delaware Correctional Center where the Petitioner is held limits the days and amount of time the Petitioner is allowed to access the law library.
4. If the Petitioner's Habeas Corpus is Affirmed by the Honorable

District Court, then the Petitioner is at a disadvantage without proper legal counsel to proceed to the Third Circuit Court.

5. If the Petitioner's Habeas Corpus is Reversed and Remanded, then the Petitioner is at a greater disadvantage without proper legal counsel for the communication with the prosecution and for preparing for pre-trial tasks and trial itself.

6. The Petitioner is not properly skilled in law to prepare for Third Circuit Court, evidentary hearings, the proper guidelines that need to be followed, or for a trial which puts the Pro-Se litigant at a considerable disadvantage.

7. Appointment of a Court Appointed Attorney would serve "The best interest of Justice," in this case, and would also prevent the Petitioner from having his Sixth Amendment from being violated once again!.

WHEREFORE, Petitioner prays this Honorable Court to grant a Court Appointed Attorney to represent the Petition to allow him to proceed in his legal quest without a disadvantage and without a violation of his legal rights.

Dated: ~~April 24, 2006~~
May 9 2006

*Anthony Zipp* (signature)
D.C.C #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner, Pro-Se

## ORDER

HAVING CONSIDERED, the Petitioner's Motion for a Court Appointed Attorney, as well as any response served and filed thereto, if any,

IT IS ORDERED this ____ day of ____, 2006.

_____

## CERTIFICATE OF SEVICE

I, Anthony Zuppo, hereby certify that I have served a true and correct copy of the attached Motion for Appoint of Counsel upon the following party:

Attorney Generals office
Department of Justice
820 N. French Street
Wilmington, DE. 19801
(302) 577-8500