Clerk of the Court,                                        May 28 06

 Would you please file these Addendum's and would you send me a copy of my Docket Sheet as to allow me to see that you received this mail! This place seems to be playing games with everybody's mail. Some get mailed and some ends up lost.

 My Application to proceed Informa Pauperis was granted and I would think that includes copys for my Docket sheet, if not please excuse my ignorance.

Thank You,

*Anthony Zuppo*

Anthony Zuppo Pro-Se
D.CC. #283480
1181 Paddock rd.
Smyrna, DE 19977



FILED
JUN - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO scanned