**101**

1  911. So he went to get a neighbor to take me to the
2  hospital.
3      Q. Did you go to the hospital?
4      A. Yes. The next-door neighbor took me to the
5  hospital.
6      Q. Were you treated for the wound to your hand,
7  ma'am?
8      A. Yes.
9      Q. Are you still being treated for the wound to
10  your hand?
11      A. Yes.
12      Q. What did they do to treat your hand that night?
13      A. They looked at it. They stitched it up. But
14  there was not much they could do because I had to go
15  back for surgery.
16      Q. How many times have you had that hand operated
17  on since this incident in July?
18      A. Twice.
19      Q. And what types of operations did you have?
20      A. The first one he had to reconnect the tendons
21  for all three fingers and the two nerves.
22      Q. What type of use of your hand do you have even
23  today?

**102**

1      A. (Indicating).
2      Q. Is that all the further you can grip?
3      A. That's it. And that's as straight as they can
4  go.
5      MR. WALLACE: I'm going to ask Ms. Reynolds to
6  please step down and -- her hand is difficult to see.
7  And I'm asking -- going to ask her to walk around the
8  jury box.
9      THE COURT: Do you want to say something?
10      MR. BAYARD: No, Your Honor. There is no
11  objection.
12      THE COURT: Very well. Okay. And you're
13  welcomed to -- Mr. Bayard, you're welcomed to go over
14  and look as well.
15      MR. BAYARD: Thank you, Your Honor.
16      MR. WALLACE: You can't say anything because
17  they can't take it down. Just show your hands. You can
18  turn them so they can see both hands, the difference in
19  them.
        (Pause.)
    BY MR. WALLACE:
22      Q. Ms. Reynolds, did you report this incident to
23  the police?

**103**

1      A. Not at that time.
2      Q. Why not?
3      A. He told me to say that it was an accident and
4  that I fell in the kitchen with a knife in my hand.
5      Q. Is that what you told them?
6      A. Yes.
7      Q. Did you tell everybody who treated you that?
8      A. At that time, yes.
9      Q. Did there come a time that you finally
10  disclosed to somebody what actually happened to you?
11      A. Yes.
12      Q. Who did you tell?
13      A. My physical therapist.
14      Q. How long had you been working with your
15  physical therapist at that point?
16      A. I think it was about two weeks, 'cause it
17  was... after surgery. And then -- it was after the
18  abuse started again. So I think it was about weeks.
19      Q. After your hand got cut like that, how was your
20  relationship then?
21      A. He was the nicest man in the world.
22      Q. Did there come a time that that changed?
23      A. Yes.

**104**

1      Q. And when that changed, is that when you talked
2  to your physical therapist?
3      A. Yes.
4      Q. What, if anything, did she say to you, just
5  about reporting it to the police?
6      A. She was worried about me. And she had told me
7  that -- I think she had a relative that went through
8  something similar.
9      Q. Did she talk you into contacting the police?
10      A. No, she didn't. I had called Sean at his
11  mother's house. He answered the phone. And I told him
12  what happened and that I wanted to get in contact with
13  Detective O'Sullivan.
14      Q. Up to this point for a while, from March, I
15  guess, until this point, had you contacted Detective
16  O'Sullivan voluntarily at all?
17      A. No.
18      Q. Why not?
19      A. Well, 'cause I knew that she wasn't going to
20  believe me if I told her that I lied about everything
21  and -- and I know that you could tell from my injuries
22  that it wasn't self-inflicted.
23      Q. Why did you finally contact the police?

**Page 105**

1    A. Because I thought if I stayed much longer that
2 he really would kill me.
3    Q. Was it your decision finally to get out of this
4 relationship and contact the police?
5    A. Yes, it was.
6    Q. Did you meet with Detective O'Sullivan after
7 you talked to your physical therapist after you talked
8 to Sean?
9    A. Yes.
10    Q. Did you have pictures taken of yourself by
11 Detective O'Sullivan of at least what you looked like by
12 the time you were finally able to speak to her?
13    A. Yes.
14    Q. I'm going to show you what's been marked as
15 State's 7-A, B, and C. You said you were bleeding from
16 your head that night, too. Where were you cut there?
17    A. Right here (indicating).
18    Q. Did you get any treatment there?
19    A. I had three stitches, I think.
20    Q. Is that what's depicted in those photographs, I
21 guess, your overall hand? Is that the contraption you
22 had to wear on your hand for a while?
23    A. Yes.

**Page 106**

1    Q. And that's your hand after it had been operated
2 on, things like that?
3    A. Now you mean?
4    Q. No. Here in this picture, 7-B?
5    A. Yes, after the operation.
6    Q. While it was healing?
7    A. Yes.
8    Q. Since the time that you went to Detective
9 O'Sullivan and told her what had occurred, have you had
10 any more contact with the defendant?
11    A. His mom. He's tried to get his mom to contact
12 me, but I haven't wanted to speak with anyone.
13    Q. Have you tried to stay away from him?
14    A. Yes.
15    Q. Have you, in fact, moved out of state to ensure
16 that you don't have contact with him?
17    A. Yes, I have.
18    Q. You are living out of state now?
19    A. Yes.
20    Q. Are you working?
21    A. No.
22    Q. Are you getting any kind of assistance?
23    A. I'm on Medicaid.

**Page 107**

1    Q. Because of your hand injury?
2    A. Yes.
3    Q. Are you getting any kind of counseling,
4 anything like that?
5    A. Yes. I go every week.
6    MR. WALLACE: Your Honor, I don't have any
7 further questions.
8    THE COURT: All right. We need to take an
9 afternoon recess at some point. Any objection to taking
10 it now?
11    MR. BAYARD: No, Your Honor. It would be
12 appropriate.
13    THE COURT: Ladies and gentlemen, we'll take a
14 15-minute recess.
15    (Jury leaves courtroom, 3:10 p.m.)
16    THE COURT: I guess Ms. Reynolds, when she went
17 over, she made some little brief comment to somebody.
18    MR. WALLACE: I think she was just saying, here
19 it is; this is my other hand, those kinds of things.
20 That's why I told her you can't say anything to the
21 jury.
22    MR. BAYARD: I think that's what I heard, Your
23 Honor.

**Page 108**

1    THE COURT: It was very brief. I don't think
2 anything needs to be done about that.
3    MR. WALLACE: Thank you.
4    THE COURT: Okay. You're free to move around.
5 We're going to take a 15-minute recess.
6    (A short recess was taken, 3:11 p.m. to 3:30
7 p.m.)
8    THE COURT: All right. Bring in the jury.
9    (Jury enters courtroom, 3:30 p.m.)
10    THE COURT: All right. Mr. Bayard, proceed.
11    MR. BAYARD: Thank you, Your Honor.
12
13          CROSS-EXAMINATION
14
15 BY MR. BAYARD:
16    Q. Ms. Reynolds, good afternoon.
17    Ms. Reynolds, I'm just going to kind of go
18 through the indictment by the various charges. And I'm
19 going to ask you a series of questions. I'll ask you to
20 be patient with me, please. But that's going to be the
21 basic format of most of my questions.
22    A. Okay.
23    Q. You're talking here on January the 5th about