IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANTHONY ZUPPO )
      Petitioner, )
  )
v. )
  ) Civ. No. 05-504-SLR
  )
THOMAS CARROLL, )
Warden, and CARL C. )
DANBERG, Attorney )
General of the State of )
Delaware, )
      Respondents. )

**FILED**
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## NOTICE OF MOTION

PLEASE TAKE NOTICE, of the Petitioner's resubmitting of his Motion for Appointment of Counsel.

The District Court's have traditionally given Pro-se litigants greater leeway where they have not followed the technical rules of pleading and procedure. See <u>Riley v. Jeffes, 777 F.2d 143-48 (3d Cir. 1985); Siers v. Morrash, 700 F.2d 113, 116 (3d Cir. 1983)</u>

Dated: July 13, 2006

Anthony Zuppo
D.C.C. #283480
Smyrna, DE. 19977
Petitioner, Pro-se.