Clerk of the Court,

Would you please write back to me and let me know how much to send you for a copy of my Docket sheet.

Thank you,
Anthony



FILED
AUG - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned