UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

ANTONY ZUPPO,                    )
    Petitioner,               )
                         )
                         )
V.                               )    Civil Action No: 05-504-SLR
                         )
                         )
WARDEN THOMAS CARROL,            )
Attorney General of the          )
STATE OF DELAWARE,               )
    Respondent.               )
                         )

FILED

AUG – 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## NOTICE OF ADDENDUM

    PLEASE TAKE NOTICE, of the Addendum to Ground One of the Petitioner's 28:2254 Petition for Writ of Habeas Corpus that was filed on the 18th of July, 2005.

Dated: August 2, 2006

                                  Anthony Zuppo

                                  Anthony Zuppo, Pro-se
                                  D.C.C. #283480
                                  1181 Paddock rd
                                  Smyrna, DE 19977
                                  Petitioner

PLEASE ACCEPT THIS, Addendum to be added to Ground One of Petitioner's Writ of Habeas Corpus.

It was a blatant violation of the Petitioner's Sixth Amendment right to proceed without counsel that was thrusted upon him for trial by the State. During the first day of trial, public defender James Bayard Jr. did not present any kind of defense in questioning the States witnesses. The morning of the second day, the Petitioner requested to have new counsel or to proceed pro-se. Petitioner knew that he would have a better chance at proving to the jury that many of the state's witness' were giving false testimony then the public defender would have shown by his <u>lack</u> of defense on the first day. The trial court denied his request stating that it was spur of the moment. There is no legal standing for that expanation for denying Petitioner's request to proceed without counsel and represent himself.

In <u>U.S. v. Jones</u>, F.3d 2006 WL 1751729 (C.A. 3 (a.)) the trial Judge asked the same questions and Jones replied with basically the same answers as the Petitioner did during his request to proceed pro-se. Jones was asked by the court "Do you wish to proceed as your own attorney?" and he replied "Either that or be appointed another counsel". The Petitioner answered the same way he was also asked by his trial Judge. Jones' trial Judge did not violate Jones' Sixth Admendment because he was granted to proceed pro-se. Petitioner's trial Judge denied the Petitioner, thus violating his Sixth Amendment right, and the Conviction must be vacated and the case remanded for a new trial.

It is well established that the Sixth Amendment protects a defendant's right to have counsel for his defense, and his right to refuse counsel and represent himself. _Faretta v. California, 422 U.S. 806, 814, 820, 95 S.CT. 2525, 45 L.Ed 2d 562;_ _U.S. v. Stubbs, 281 F. 3d 109, 116 (3d Cir. 2002)._

A defendant who wishes to represent himself "must be allowed to make that choice, even if it works ultimately to his own detriment." _U.S. v. Peppers, 302 F. 3d 120, 130 (3d Cir. 2002)_

WHEREFORE REASONS ABOVE, the Petitioner request the Honorable Court to vacate his conviction and remand it for a new trial.

Respectfully yours,

Anthony Zuppo

Anthony Zuppo Pro-se

D.C.C. #283480

1181 Paddock rd.

Smyrna, DE. 19977

Petitioner

Dated: August 2, 2006

CERTIFICATE OF SERVICE

I, Anthony Zuppo, hereby certify that I have served a true and correct copy of the attached Addendum to the following person:

To: Attorney Generals Office
820 N. French Street
Wilmington, DE. 19801

BY PLACING same in a sealed envelope and depositing same in the United States mail at the Delaware Correction Center in Smyrna, DE 19977.

Dated: August 2, 2006

Respectfully yours,

Anthony Zuppo

Anthony Zuppo Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner



WILMINGTON DE 197

02 AUG 2006 PM 2 T

U.S.M.S.
X-RAY

United States District Court
Office of the Clerk
844 N. King Street Lockbox 18
Wilmington, DE, 19801-3570

HM Anthony Zuppo

SBI#283480    UNIT 21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977