OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 7, 2006

TO: Anthony Zuppo
SBI #283480
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

RE: Notice of Addendum, & Copy Request in Civ. No. 05-504 SLR

Dear Mr. Zuppo:

Papers have been received by this office for filing in the above matter which do not conform to: The Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware No. 5.1.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing they must be signed by you.

Your corrected filing, (please sign your Notice of Addendum and provide a copy with an original signature), should be sent to this office for processing.

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court in the amount of $2.00.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson; Civ. No. 05-504 SLR