OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 7, 2006

TO: Anthony Zuppo
SBI #283480
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977


FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: **Notice of Addendum, & Copy Request in Civ. No. 05-504 SLR**

BD scanned

Dear Mr. Zuppo:

Papers have been received by this office for filing in the above matter which do **not** conform to: The Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware No. 5.1.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing they **must be signed by you**.

Your corrected filing, (please sign your Notice of Addendum and provide a copy with an original signature), should be sent to this office for processing.

**KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.**

*I did have it signed ?*

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court in the amount of $2.00.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

*Mr. Dalleo Please respond and let me know that I did what you asked and that I complied with the local rules. thank you! Please respond!*

cc: The Honorable Sue L. Robinson; Civ. No. 05-504 SLR

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

ANTONY ZUPPO, )
    Petitioner, )
)
)
v. ) Civil Action No: 05-504-SLR
)
)
WARDEN THOMAS CARROL, )
Attorney General of the )
STATE OF DELAWARE, )
    Respondent. )
)

## NOTICE OF ADDENDUM

PLEASE TAKE NOTICE, of the Addendum to Ground One of the Petitioner's 28: 2254 Petition for Writ of Habeas Corpus that was filed on the 18th of July, 2005.

Dated: August 2, 2006

Anthony Zuppo, Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE 19977
Petitioner

PLEASE ACCEPT THIS, Addendum to be added to Ground One of Petitioner's Writ of Habeas Corpus.

It was a blatant violation of the Petitioner's Sixth Amendment right to proceed without counsel that was thrusted upon him for trial by the state. During the first day of trial, public defender James Bayard Jr. did not present any kind of defense in questioning the states witnesses. The morning of the second day, the Petitioner requested to have new counsel or to proceed pro-se. Petitioner knew that he would have a better chance at proving to the jury that many of the state's witness' were giving false testimony then the public defender would have shown by his <u>lack</u> of defense on the first day. The trial court denied his request stating that it was spur of the moment. There is no legal standing for that expanation for denying Petitioner's request to proceed without counsel and represent himself.

In <u>U.S. v. Jones</u>, F.3d 2006 WL 1751729 (C.A.3(a)) the trial Judge asked the same questions and Jones replied with basically the same answers as the Petitioner did during his request to proceed pro-se. Jones was asked by the court "Do you wish to proceed as your own attorney?" and he replied "Either that or be appointed another counsel". The Petitioner answered the same way he was also asked by his trial Judge. Jones' trial Judge did not violate Jones' Sixth Admendment because he was granted to proceed pro-se. Petitioner's trial Judge denied the Petitioner, thus violating his Sixth Amendment right, and the conviction must be vacated and the case remanded for a new trial.

It is well established that the Sixth Amendment protects a defendent's right to have counsel for his defense, and his right to refuse counsel and represent himself. <u>Faretta v. California, 422 U.S. 806, 814, 820, 95 S. CT. 2525, 45 L.Ed 2d 562; U.S. v. Stubbs, 281 F. 3d 109, 116 (3d Cir. 2002).</u>
A defendent who wishes to represent himself "must be allowed to make that choice, even if it works ultimately to his own detriment." <u>U.S. v. Peppers, 302 F. 3d 120, 130 (3d Cir. 2002)</u>

WHEREFORE REASONS ABOVE, the Petioner request the Honorable Court to vacate his conviction and remand it for a new trial.

Dated: August 2, 2006

Respectfully yours,

Anthony Zuppo

Anthony Zuppo Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner

## CERTIFICATE OF SERVICE

I, Anthony Zuppo, hereby certify that I have served a true and correct copy of the attached Addendum to the following person:

To: Attorney Generals Office
820 N. French Street
Wilmington, DE. 19801

BY PLACING same in a sealed envelope and depositing same in the United States mail at the Delaware Correction Center in Smyrna, DE 19977.

Dated: August 2, 2006

Respectfully yours,
Anthony Zuppo
Anthony Zuppo Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTONY ZUPPO, <br>     Petitioner, <br><br> v. <br><br> WARDEN THOMAS CARROL, <br> Attorney General of the <br> STATE OF DELAWARE, <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 05-504-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF ADDENDUM

PLEASE TAKE NOTICE, of the Addendum to Ground One of the Petitioner's 28: 2254 Petition for Writ of Habeas Corpus that was filed on the 18th of July, 2005.

Dated: August 2, 2006

*[signature]*
Anthony Zuppo, Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE 19977
Petitioner

PLEASE ACCEPT THIS, Addendum to be added to Ground One of Petitioner's Writ of Habeas Corpus.

It was a blatant violation of the Petitioner's Sixth Amendment right to proceed without counsel that was thrusted upon him for trial by the state. During the first day of trial, public defender James Bayard Jr. did not present any kind of defense in questioning the states witnesses. The morning of the second day, the Petitioner requested to have new counsel or to proceed pro-se. Petitioner knew that he would have a better chance at proving to the jury that many of the state's witness' were giving false testimony then the public defender would have shown by his <u>lack</u> of defense on the first day. The trial court denied his request stating that it was spur of the moment. There is no legal standing for that expanation for denying Petitioner's request to proceed without counsel and represent himself.

In <u>U.S. v. Jones</u>, F.3d 2006 WL 1751729 (C.A.3(Pa)) the trial Judge asked the same questions and Jones replied with basically the same answers as the Petitioner did during his request to proceed pro-se. Jones was asked by the court "Do you wish to proceed as your own attorney?" and he replied "Either that or be appointed another counsel". The Petitioner answered the same way he was also asked by his trial Judge. Jones' trial Judge did not violate Jones' Sixth Admendment because he was granted to proceed pro-se. Petitioner's trial Judge denied the Petitioner, thus violating his Sixth Amendment right, and the Conviction must be vacated and the case remanded for a new trial.

It is well established that the Sixth Amendment protects a defendent's right to have counsel for his defense, and his right to refuse counsel and represent himself. <u>Faretta v. California, 422 U.S. 806, 814, 820, 95 S.CT. 2525, 45 L.Ed 2d 562; U.S. v. Stubbs, 281 F. 3d 109, 116 (3d Cir. 2002)</u>. A defendant who wishes to represent himself "must be allowed to make that choice, even if it works ultimately to his own detriment." <u>U.S. v. Peppers, 302 F.3d 120, 130 (3d Cir. 2002)</u>

WHEREFORE REASONS ABOVE, the Petioner request the Honorable Court to vacate his conviction and remand it for a new trial.

Dated: August 2, 2006

Respectfully yours,

Anthony Zoppo

Anthony Zoppo Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner

# CERTIFICATE OF SERVICE

I, Anthony Zuppo, hereby certify that I have served a true and correct copy of the attached Addendum to the following person:

To: Attorney Generals Office
820 N. French Street
Wilmington, DE. 19801

BY PLACING same in a sealed envelope and depositing same in the United States mail at the Delaware Correction Center in Smyrna, DE 19977.

Dated: August 2, 2006

Respectfully yours,
Anthony Zuppo
Anthony Zuppo Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner

I/M Anthony Zuppo
SBI# 283480   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
09 AUG 2006 PM 3 L

Office of the Clerk "Mr. Peter Dalleo"
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570