IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY ZUPPO, | ) |
|     Petitioner, | ) ) ) |
|     v. | ) ) Civ. No. 05-504-SLR |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) ) |
|     Respondents. | ) |

**O R D E R**

At Wilmington this 27th day of September, 2006;

IT IS ORDERED that:

Petitioner Anthony Zuppo's second motion for representation by counsel is DENIED without prejudice to renew for the same reasons stated in the order dated June 28, 2006. (D.I. 30)

                                                    _/s/ Sue L. Robinson_
                                                    UNITED STATES DISTRICT JUDGE