IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY ZUPPO<br>Pititioner<br><br>v.<br><br>WARDEN THOMAS CARROL<br>ATTORNEY GENERAL OF THE<br>STATE OF DELAWARE<br>Respondent | Civil Action No: 05-504-SLR<br><br>FILED<br>OCT 23 2006<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

**NOTICE OF ADDENDUM**

**PLEASE TAKE NOTICE** of the Addendum to Ground One of the Petitiioner's 28:2254, petition for Writ of Habeas Corpus that was filed on the 18th of July 2005.

Dated: October 11, 2006

ANTHONY ZUPPO, Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, De. 19977
Petitioner

**PLEASE ACCEPT THIS ADDENDUM**, to be added to Ground One of Petitioner's Writ of Habeas Corpus.

If defendant knowingly and voluntarily waives right to counsel, wisdom of decision to represent himself is not issue for courts, it is for defendant to decide whether in his particular case counsel is to his advantage.   U.S.C.A. Const. Amend. 6, 14   **U.S. v. Tracy,** 12 F.3d 1186.

Right to represent oneself in criminal proceedings is, fundimental right protected by Federal and State Constitutions.   U.S.C.A. Const. Amend. 6, 14   **Stigars v. State,** 674 A.2d 477.

Difficulty of establishing adequate waiver of right to counsel does not dominish court's responsibility to scrupulously honor unequivocal request to proceed pro se.   U.S.C.A. Const. Amend. 6, 14   **Stigars v. State,** 674 A.2d 477.

Defendant's technical legal knowledge, as such, is not relevant to assessment of his knowing exercise of right to defend himself.   U.S.C.A. Const. Amend. 6, 14   **HSU v. U.S.,** 392 A.2d 972.

The State may not force a lawyer upon a defendant who properly asserts the right to proceed pro se.   4 M.R.S.A. § 860.   **State v. Crafts,** 425 A.2d 194.

Although it is proper and desirable for trial court to discuss with defendant his reasons for wishing to proceed pro se, once defendant has invoked right to self-representation, that decision must be honored unless, after discussing request with the trial judge, defendant expresses contrary desire. U.S.C.A. Const. Amend. 6, 14   **Stigars v. State,** 674 A.2d 477.

Defendant's choice to waive right to counsel must be honored as long as it is knowing and voluntary.   U.S.C.A. Const. Amend. 6, 14   **U.S. v. Avery,** 208 F.3d 597.

WHEREFORE REASONS ABOVE, the petitioner request the Honorable District Court to vacate conviction and remand it for a new trial.

Dated: October 11, 2006

Respectfully,

*Anthony Zuppo* (signature)
Anthony Zuppo
D.C.C. #283480
1181 Paddock rd.
Smyrna, De 19977
Petitioner.

## CERTIFICATE OF SERVICE

I, Anthony Zuppo, hereby certify that I have served a true and correct copy of the attached Addendum to the following person;

ATTORNEY GENERAL OFFICE

820 N. French street

Wilmington, De 19801

By placing same in a sealed envelope and depositing same in the United States mail at the Delaware Department of Corrections.

Dated: October 11, 2006

Respectfully,

Anthony Zuppo
D.C.C. #283480
1181 Paddock rd.
Smyrna, De 19977
Petitioner.

