Court Clerk,      05-504

Would you send my a copy of my docket sheet, or let me know how many pages it is so I can send a pay-to for a copy.

Thank you,

*Anthony Zippo* (signature)

P.S. Here is one copy and the original.

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE