IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY ZUPPO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THOMAS CARROLL, ) <br> Warden, and CARL ) <br> C. DANBERG, Attorney ) <br> General of the State ) <br> of Delaware, ) <br> ) <br> Respondents. ) | Civ. No. 05-504-SLR |

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Anthony Zuppo's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability.

Dated: October 23, 2006

_____
UNITED STATES DISTRICT JUDGE