NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

ANTHONY ZUPPO,
    Petitioner,

DISTRICT COURT
DOCKET NUMBER: 05-504-SLR

v.

DISTRICT COURT
JUDGE: SUE L. ROBINSON

THOMAS CARROLL,
Warden, and CARL C. DANBERG,
ATTORNEY GENERAL of the State
of Delaware,
    Respondents.

Notice is hereby given that, Anthony Zuppo, appeals to the United States Court of Appeals for the Third Circuit from, Order entered in this action on October 23, 2006.

Dated: October 31, 2006

*Anthony Zuppo* (signature)

ANTHONY ZUPPO Pro-se
D.C.C. #283480
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner

I/M _____ Anthony Zuppo _____
SBI# 283480   UNIT  C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



DISTRICT COURT OF DELAWARE

CLERK OF THE COURT

844 King Street, Lock Box- 18

Wilmington, DE. 19801