UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| ANTHONY ZUPPO, ) | |
|     Petitioner, ) | |
| ) | D.C. Case No: 05-504-SLR |
| v. ) | |
| ) | Third Cir. No: _____ |
| THOMAS CARROLL, ) | |
| Warden, and CARL C. DANBERG, ) | |
| ATTORNEY GENERAL of the ) | |
| State of Delaware, ) | |
|     Respondents. ) | |

### PETITION FOR CERTIFICATE OF APPEALABILITY

To the Honorable Judges of the United States Court of Appeals for the Third Circuit:

The petition of Anthony Zuppo respectfully shows:

1. That petitioner made application to the Honorable Sue L. Robinson, Judge of the United States District Court for the District of Delaware on *7/18/05* for a writ of habeas corpus, a copy of which application is attached.

2. The said Judge of the United States District Court denied petitioner's application for a writ habeas corpus by an order dated *10/23/06*, a copy of which order is attached.

3. Petitioner filed a notice of appeal from said order in said District Court on *10/31/06*, a copy of said notice of appeal is attached.

4. The detention complained of by your petitioner in his application for a writ of habeas corpus arose out of process issued by a state court, to wit: conviction under 11 Delaware Code §771 et seq.

5. The above-named Judge of said United States District Court has refused to issue a Certificate of Appealability upon petitioner's motion for the reasons stated in her order dated *10/23/06*, denying petitioner's motion for Certificate of Appealability, a copy of said order is attached.

6. Under Rule 22(b) of the Federal Rules of Appellate Procedure, it is necessary for a Certificate of Appealability to be issued before the petitioner may appeal to this court from the denial of his application for a writ of habeas corpus.

7. In addition to the reasons stated in petitioner's application for a writ of habeas corpus, a Certificate of Appealability should be issued for the following reasons:
Petitioner, in his original habeas corpus petition, raised serious Constitutional issues including his Sixth Amendment right to counsel, and right to effective counsel, and the fact that the trial court refused petitioner his right to proceed pro-se after making that request before the trial court.

WHEREFORE, your petitioner respectfully request that a Certificate of Appealability be issued.

Dated: 10/31/06

ANTHONY ZUPPO, Pro-se
SBI# 283480
Delaware Correctional Center
1181 Paddock rd.
Smyrna, DE. 19977
Petitioner.