DLD-258                                                                                                May 31, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. **06-4782**

ANTHONY ZUPPO

v.

WARDEN THOMAS CARROLL, ET AL.

(D. Del. Civ. No. 05-cv-00504)

Present:   BARRY, AMBRO and FISHER, Circuit Judges

Submitted are:

(1) Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2) Appellant's memorandum in support of his request for a certificate of appealability; and

(3) Appellant's document entitled "Notice of Addendum," which the Court may wish to construe as a supplement to his request for a certificate of appealability in the above-captioned case.

Respectfully,

Clerk

MMW/EGL/tmm

_____**O R D E R**_____

The foregoing request for a certificate of appealability is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In particular, essentially for the reasons given by the District Court, appellant has not shown that reasonable jurists would debate the District Court's conclusion that one of his claims is defaulted or its denial of his other claims. See Miller-El v. Cockrell, 537 U.S. 322, 338 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

A True Copy:
Marcia M. Waldron

Dated: June 19, 2007
tmm/cc:  Mr. Anthony Zuppo
         Elizabeth R. McFarlan, Esq.

Certified as a true copy and issued in lieu of a formal mandate on 12/27/07   TMM

Marcia M. Waldron

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit