OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4953 |

www.ca3.uscourts.gov

December 27, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-4782**
    **Zuppo  vs. Carroll**
    **D.C. No. 05-cv-00504**

Dear Mr. Dalleo:

    Enclosed is a certified copy of the order in the above-entitled case(s). The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    (x) We return herewith the certified record in the case(s).

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified order is also enclosed showing costs taxed, if any.


                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk


                    By:   /s/ Timothy M. McIntyre
                          Case Manager


Enclosure

cc:
    Mr. Anthony Zuppo
    Elizabeth R. McFarlan, Esq.